UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **SACV 23-939-MWF(KESx)**                              Date: July 07, 2023

Title        **Steven Hirsch v. Richie Media Corporation**

---

Present: The Honorable:      MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on May 30, 2023. (Docket No. 1). On June 7, 2023, Plaintiff filed a Proof of Service of the Summons, Complaint and other case-initiating documents. (Docket No. 10). The Proof of Service reflects personal service on Defendant Richie Media Corporation on June 6, 2023.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **JULY 21, 2023**.

- BY PLAINTIFF: **Proof of Service** of the Summons and Complaint on Defendant.

    AND/OR

- BY DEFENDANT: **Response to the Complaint**. The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

    OR

- BY PLAINTIFF: **Application for Clerk to Enter Default**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **SACV 23-939-MWF(KESx)**                              Date:  July 07, 2023

Title        **Steven Hirsch v. Richie Media Corporation**

     No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **JULY 21, 2023** will result in the dismissal of this action.

     IT IS SO ORDERED.

Initials of Preparer:  RS/sjm